# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVENS TRUCKING CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM SERVICES, LLC, and )<br>AMAZON LOGISTICS, INC., )<br>)<br>Defendants. ) | Case No. CIV-22-64-J |

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Pursuant to LCvR81.1, Plaintiff Stevens Trucking Co. ("Plaintiff") hereby files its demand for jury trial in connection with the above-captioned matter.[1]

Respectfully submitted by:
**LYTLE SOULÉ & FELTY, P.C.**


*s/Matthew K. Felty*
Michael C. Felty, OBA #10804
B. Gore Gaines, OBA # 16500
Matthew K. Felty, OBA No. 31057
1200 Robinson Renaissance
119 N. Robinson Avenue
Oklahoma City, OK 73102
(405) 235-7471 (Telephone)
(405) 232-3852 (Facsimile)
felty@lytlesoule.com
gaines@lytlesoule.com
mkfelty@lytlesoule.com

**ATTORNEYS FOR PLAINTIFF STEVENS TRUCKING CO.**

---

[1] Plaintiff unequivocally and conspicuously demanded a jury trial in its state court petition. *See* Doc. No. 1-1 (Petition) at p. 2 ("JURY TRIAL DEMANDED" noted in the case caption). Nonetheless, Plaintiff submits this demand for good measure.

## CERTIFICATE OF SERVICE

       I hereby certify that on the 31st of January, 2022, I electronically transmitted the foregoing *Plaintiff's Demand for Jury Trial* to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

Erin J. Rooney, Esq.
**GUNGOLL, JACKSON, BOX & DEVOLL, P.C.**
101 Park Ave., Ste. 1400
Oklahoma City, OK 73102

Kevin M. Capuzzi, Esq.
John C. Gentile, Esq.
**BENESCH, FRIEDLANDER,**
**COPLAN & ARNOFF LLP**
1313 N. Market St., Ste. 1201
Wilmington, DE 19801

ATTORNEY FOR DEFENDANTS

                              *s/Matthew K. Felty*_____
                              Matthew K. Felty, Esq.